IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN OLMEDO SERRANO, : | |
|     Petitioner, : | |
| : | No. 13-3618 |
|     v. : | |
| SECRETARY WETZEL, et al., : | |
|     Respondents. : | |

## ORDER

**AND NOW**, this _____ day of _____, 2014, upon careful and independent consideration of Petitioner John Olmedo Serrano's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, the Government's Response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and Petitioner's Objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The petition for Writ of Habeas Corpus is **DENIED** with prejudice;
3. There is a no probable cause to issue a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposed.

BY THE COURT:

/s/Petrese Tucker
_____
**Hon. Petrese B. Tucker, C.J.**